

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 16  A 11: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

THYSSEN, INC.

VERSUS

M/V HOUSTON, et al

CIVIL ACTION NO. 00-0100

SECTION "R" (3)

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

NOW COME defendants, Boss Clip Ltd., V. Ships (Cyprus) Ltd., and Beck, Ltd., through undersigned counsel, and suggest to the Court that they desire to substitute as their attorney of record Robert J. Barbier (#2741) and Kenneth J. Gelpi, Jr. (#24103) of the law firm of Terriberry, Carroll & Yancey, L.L.P., in place of Peter A. Junge and the law firm of Lambos & Junge.

New Orleans, Louisiana, this 17th day of February, 2000

DATE OF ENTRY FEB 18 2000

Respectfully submitted,

LAMBOS & JUNGE

Peter A. Junge (PAJ 0745)
29 Broadway, 9th Floor
New York, NY 10006-3101
Tel: (212) 269-0061
Attorneys for Movers



TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
Robert J. Barbier (#2741)
Kenneth J. Gelpi, Jr. (24103)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by depositing same in the U.S. mail, properly addressed, postage prepaid, this __15__ day of February, 2000.

_____

2

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THYSSEN, INC. | CIVIL ACTION |
| VERSUS | NO. 99-1677 |
| BARGE ACBL 3167, etc., et al | SECTION "K" (4) |

### ORDER

Considering the foregoing motion;

IT IS ORDERED THAT Robert J. Barbier (#2741) and Kenneth J. Gelpi, Jr. (#24103) of the law firm of Terriberry, Carroll & Yancey, L.L.P. be and they are substituted herein as attorneys of record for defendants, Boss Clip Ltd., V. Ships (Cyprus) Ltd., and Beck, Ltd. in place of Peter A. Junge and the law firm of Lambos & Junge.

New Orleans, Louisiana, this 17th day of February, 2000.

_____
UNITED STATES DISTRICT COURT

3