

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 27 A 11: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THYSSEN, INC. | * | CIVIL ACTION NO. 00-0100 |
| VS. | * | SECTION "R" (3) |
| Barge ACBL 3167, its appurtenances, etc., *in rem*, and AMERICAN COMMERCIAL BARGE LINE COMPANY, AMERICAN COMMERCIAL BARGE LINE, L.L.C. AND LA. CARRIERS, INC., *in personam* | * * * | JUDGE VANCE<br><br>MAGISTRATE AFRICK |

\* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

**NOW INTO COURT COMES**, defendant North Star Steel Texas Inc. North Star Recycling ("hereinafter North Star"), Cargo Carriers and Cargill Marine and Terminal, Inc., through undersigned counsel, and suggests to the Court that they desire to substitute as their attorney of record William E. O'Neil and William K. Terrill II, currently of counsel in connection with this matter, of the law firm Emmett, Cobb, Waits, Kessenich & O'Neil, in place of Gregory G. Barnett and the law firm of Casey & Barnett.

New Orleans, Louisiana this 27th day of March, 2000.

DATE OF ENTRY

MAR 3 0 2000



Respectfully submitted,

EMMETT, COBB, WAITS, KESSENICH
& O'NEIL
WILLIAM E. O'NEIL (#10213)
WILLIAM K. TERRILL II (#25897)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 27th day of March, 2000.

WILLIAM K. TERRILL II

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THYSSEN, INC. | * | CIVIL ACTION NO. 00-0100 |
| VS. | * | SECTION "R" (3) |
| Barge ACBL 3167, its appurtenances, etc., *in rem*, and AMERICAN COMMERCIAL BARGE LINE COMPANY, AMERICAN COMMERCIAL BARGE LINE, L.L.C. AND LA. CARRIERS, INC., *in personam* | * * * | JUDGE VANCE MAGISTRATE AFRICK |

\* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING MOTION;**

**IT IS ORDERED THAT,** William E. O'Neil and William K. Terrill II, formerly of counsel in connection with this matter, of the law firm Emmett, Cobb, Waits, Kessenich & O'Neil be and are hereby substituted as attorneys of record for defendant North Star Steel Texas and North Star Recycling in place of Gregory G. Barnett and the law firm of Casey & Barnett.

New Orleans, Louisiana this 28th day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE