UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR -3  P 1: 18
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| THYSSEN, INC. | * | CIVIL ACTION NO. 00-0100 |
| VS. | * | SECTION "R" (3) |
| Barge ACBL 3167, its appurtenances, etc., in rem, and AMERICAN COMMERCIAL BARGE LINE COMPANY, AMERICAN COMMERCIAL BARGE LINE, L.L.C. AND LA. CARRIERS, INC., *in personam* | * * * | JUDGE VANCE<br><br>MAGISTRATE AFRICK |

* * * * * * * *

## JOINT MOTION TO TRANSFER

**NOW COMES,** defendants, Boss Clip Ltd., V. Ships (Cyprus) Ltd., Beck, Ltd., North Star Steel Texas Inc. and North Star Recycling and respectfully requests that this Honorable Court transfer this action from Section "R" of the Court to Section "K" for all the reasons more fully set forth in the attached Memorandum of Law.

Respectfully submitted this 31 day of March, 2000.

_____
WILLIAM K. TERRILL II (#25897)
EMMETT, COBB, WATIS, KESSENICH
& O'NEIL
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone : (504) 581-1301
Facsimile: (504) 581-6020

APR 0 4 2000

TRANSFERRED TO

SECT. K
MAG. 4

DATE OF ENTRY
APR 5 2000

Fee _____
Process _____
Dktd _____ X
CtRmDep _____
Doc. No. 5

_____
ROBERT J. BARBIER (#2741)
TERRIBERRY, CARROLL & YANCEY, L.L.P.
TERRIBERRY, CARROLL & YANCEY
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3100
Telephone: (504) 523-6451
Facsimile: (504) 524-03257

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 1 day of March, 2000.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THYSSEN, INC. | * | CIVIL ACTION NO. 00-0100 |
| VS. | * | SECTION "R" (3) |
| Barge ACBL 3167, its appurtenances, etc., *in rem*, and AMERICAN COMMERCIAL BARGE LINE COMPANY, AMERICAN COMMERCIAL BARGE LINE, L.L.C. AND LA. CARRIERS, INC., *in personam* | * * * | JUDGE VANCE MAGISTRATE AFRICK |

\* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO TRANSFER

**MAY IT PLEASE THE COURT:**

This matter involves a claim for alleged damage to a consignment of steel products carried onboard the M/V HOUSTON from Santos, Brazil to New Orleans, Louisiana with on carriage to Tampa, Florida onboard ACBL Barge 3167. Suit was filed in the United States District Court for the Eastern District of Louisiana on May, 28, 1999 by Thyssen against American Commercial Barge Line Company, American Commercial Barge Line L.L.C. and LA Carriers, Inc. and assigned civil action no. 99-1677 (K) (4). The complaint alleges damage to a cargo of galvanized steel coils transported from New Orleans, Louisiana to Tampa, Florida. On May 26, 1999, a complaint for the identical cargo and carriage was filed in the United States

District Court for the Southern District of New York by Thyssen against Bossclip Ltd., V. Ships (Cypress) Ltd., Beck Ltd., Cargo Carriers, Cargill Marine and Terminal Inc., North Star Steel Texas Inc. and North Star Recycling.

Due to the fact that the matter involves a New Orleans discharge, the barge transit began in New Orleans, and also considering that plaintiff commenced another action arising out of the same underlying facts against different parties in the appropriate form of the United States District for Eastern Louisiana, the parties to the New York action entered into a stipulation to transfer the action to the United States District Court for the Eastern District of Louisiana. (Exhibit "A")  Upon transfer, this action was assigned Civil Action No. 00-0100 (R) (3).

Federal Rule of Civil Procedure 42(a) provides:

**LR42(a) Consolidation**
When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Local Rule 3.1 provides:

**LR3.1 Collateral Proceedings and Refiled Cases**
Whenever a civil matter, commenced in or removed to the court, involves subject matter that either comprises all or a material part of the subject matter or operative facts of another action, whether civil or criminal, then pending before this or another court or an administrative agency, or previously dismissed or decided by this court, counsel shall append on a separate sheet of paper, to the front of the complaint, a list and description of all such actions then known to counsel and a brief summary of the relationship. If information concerning any such action or proceeding is obtained subsequent to the filing of the original pleading in the latter case, it shall be the duty of counsel obtaining such information to notify the

court and opposing counsel in writing of the information so received in the same manner.

**LR3.1.1E Assignment of Collateral Proceedings and Refiled Cases**
In order to promote judicial economy and conserve judicial resources, and to avoid the potential for forum shopping and conflicting court rulings, all actions described in LR3.1 shall be transferred to the section to which the matter having the lowest docket number has been allotted, unless the two judges involved determine that some other procedure is in the interest of justice. If the transferee or transferor judges cannot agree upon whether a case should be transferred, the opinion of the transferee judge prevails.

If counsel fails to make the certification described in LR3.1, then the allotted judge shall take this action when he or she learns of the related nature of the proceedings.

Considering that Section "K" of this Honorable Court is currently presiding over an action that "involves common issues of law and fact" and "subject matter that either comprises all or a material part of the subject matter or operative facts of another action", as more fully described above, Bossclip Ltd., V. Ships (Cypress) Ltd., Beck Ltd., Cargo Carriers, Cargill Marine and Terminal Inc., North Star Steel Texas Inc. and North Star Recycling respectfully request that this Honorable Court transfer this action to Section "K" and consolidate the matter with Civil Action No. 99-1677. Furthermore, Counsel for Thyseen Steel fully supports the transfer of this matter to Section "K" and the consolidation of the action with Civil Action No. 99-1677 (K) (4).

Respectfully submitted, this ____ day of March, 2000.

_____
WILLIAM K. TERRILL II (#25897)
EMMETT, COBB, WAITS, KESSENICH
& O'NEIL
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone : (504) 581-1301
Facsimile: (504) 581-6020


_____
ROBERT J. BARBIER (#2741)
TERRIBERRY, CARROLL & YANCEY, L.L.P.
TERRIBERRY, CARROLL & YANCEY
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3100
Telephone: (504) 523-6451
Facsimile: (504) 524-03257

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this ___1___ day of March, 2000.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THYSSEN, INC. | * | CIVIL ACTION NO. 00-0100 |
| VS. | * | SECTION "R" (3) |
| Barge ACBL 3167, its appurtenances, etc., *in rem*, and AMERICAN COMMERCIAL BARGE LINE COMPANY, AMERICAN COMMERCIAL BARGE LINE, L.L.C. AND LA. CARRIERS, INC., *in personam* | * * * | JUDGE VANCE MAGISTRATE AFRICK |

\* \* \* \* \* \* \* \* \*

## ORDER

Having considered the foregoing Motion to Transfer;

IT IS HEREBY ORDERED, that this action is transferred to Section "K"; (4)

~~IT IS FURTHER ORDERED, that this action is consolidated with Civil Action No. 99-1677. All future pleadings shall reference Civil Action No.~~ 99-1677.

This 3rd day of April 2000, New Orleans, Louisiana.

_[signature: Sarah Vance]_
UNITED STATES DISTRICT JUDGE