

FILED

2000 APR 11 A 9: 15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THYSSEN, INC. | CIVIL ACTION |
| VERSUS | NO. 00-100 |
| M/V HOUSTON, ET AL. | SECTION "K"(4) |

## O R D E R

Having come to the court's attention that the above-styled case is related to:

*Thyssen, Inc. v. ACBL Barge 3167, et al.*, C.A. No. 99-1677 "K"(4)

**IT IS ORDERED** that this case is hereby **CONSOLIDATED** with *Thyssen, Inc. v. ACBL Barge 3167, et al.*, C.A. No. 99-1677 "K"(4), the lower-numbered case, which is hereby designated as the "lead case."

Pursuant to the court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead case together with **only the docket number** of all cases within the consolidated to which the document applies or the notation "All Cases" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

DATE OF ENTRY
APR 12 2000

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

New Orleans, Louisiana, this 10th day of April, 2000.

```
                                    _____
                                    STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT JUDGE
```